UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In the Matter of the Binding Arbitration Between:*

**NORSTAN, INC.**, a Minnesota corporation,

Petitioner,

and

**MICHAEL A. VADINI, CHRIS CURTIS, CHRIS DONDANVILLE, WENDI LE, JOHN ROBERTS, GARY RAPP, DAVID ARMBRUST, BRYANT GREGORY, JACK BRETCHER**, and **TITAN TECHNOLOGY PARTNERS LIMITED**,

Respondents.

Case No. 01-CV-256 (MJD/SRN)

**ORDER**

This matter came before the undersigned Magistrate Judge on the motion of Petitioner Norstan, Inc. to seal Petitioner's pleadings.

Based upon all of the files, records and proceedings herein, and arguments of counsel, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's Motion is granted; and

2. Petitioner's Memorandum of Law and accompanying Affidavit of Alain M. Baudry shall be filed under seal by the Clerk of Court.

FILED MAR 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

IT IS SO ORDERED.

Dated: March 12, 2001

*By the Court:*

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge

*131649*