# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

*In the Matter of Binding Arbitration Between:*

NORSTAN, INC. a Minnesota Corporation

Petitioner,

and

MICHAEL A. VADINI, CHRIS CURTIS, CHRIS DONDANVILLE, WENDI LE, JOHN ROBERTS, GARY RAPP, DAVID ARMBRUST, BRYANT GREGORY, JACK BRETCHER, and TITAN TECHNOLOGY PARTNERS LIMITED,

Respondents.

Court File No. 01-CV-256 (MJD/SRN)

**STIPULATION TO DISMISS PETITION FOR ENFORCEMENT OF ARBITRATION SUBPOENA**

THE PARTIES STIPULATE and agree that pursuant to the Federal Rules of Civil Procedure 12(b)(6), the Petition for Enforcement of Arbitration Subpoena as against Michael A. Vadini, Chris Curtis, Chris Dondanville, Wendi Le, John Roberts, Gary Rapp, David Armbrust, Bryant Gregory, and Jack Bretcher's (collectively, the "Arbitration Respondents") should hereby be DISMISSED.

MASLON EDELMAN BORMAN & BRAND LLP

By: ______________________
Alain M. Baudry (#186685)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8200

Attorney for Norstan, Inc.

DORSEY & WHITNEY LLP

By: ______________________
S. Steven Prince (#287696)
Pillsbury Center South
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402
Telephone: (612) 752-7330

Attorney for Arbitration Respondents & Titan Technology Partners Ltd.

FILED ______________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______________
DEPUTY CLERK ______________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*In the Matter of Binding Arbitration Between:*

NORSTAN, INC. a Minnesota Corporation

Petitioner,

and

MICHAEL A. VADINI, CHRIS CURTIS, CHRIS DONDANVILLE, WENDI LE, JOHN ROBERTS, GARY RAPP, DAVID ARMBRUST, BRYANT GREGORY, JACK BRETCHER, and TITAN TECHNOLOGY PARTNERS LIMITED,

Respondents.

Court File No. 01-CV-256 (MJD/SRN)

# ORDER

Upon reading and filing of the Stipulation of the parties and the Court now being otherwise fully advised in the premises;

NOW, THEREFORE, IT IS ORDERED that the Petition for Enforcement of Arbitration Subpoena as against Michael A. Vadini, Chris Curtis, Chris Dondanville, Wendi Le, John Roberts, Gary Rapp, David Armbrust, Bryant Gregory, and Jack Bretcher's (collectively, the "Arbitration Respondents") should hereby be DISMISSED.

Dated: 4-6, 2001

Michael J. Davis

The Honorable Michael J. Davis
United States District Judge for the District of Minnesota